AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANES JOSEPH | ) | Case No.   11-8346-AEV |
| and | ) | |
| KESLIN JOSEPH | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
SEP 12 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 19, 2011___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC. Sections 922(e) and 2 and 18 USC. Sections 554(a) and 2 | 1. Knowingly delivering to a common carrier for shipment in interstate or foreign commerce firearms without written notice to the carrier that such firearms were being shipped, and aiding and abetting same. |
| | 2. Attempting to smuggle goods from the United States, and aiding and abetting same. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anderson Sullivan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___Sept 12, 2011___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___   Ann E. Vitunac, United States Magistrate Judge
*Printed name and title*

Affidavit

I, Anderson Sullivan, being duly sworn do solemnly swear and depose that:

Introduction

1. I, Anderson Sullivan, am a Special Agent assigned to the U.S. Homeland Security Investigations (HSI), Office of the Resident Agent in Charge, West Palm Beach, Florida. I have been a HSI Special Agent for approximately four years. Prior to being a HSI Special Agent, I served as a Marine Interdiction Agent with United States Customs and Border Protection ("CBP") and as a Marine Enforcement Officer of the former United States Customs Service for approximately five years. In total, I have about 13 years of federal law enforcement experience.

2. As a HSI Special Agent, my duties and responsibilities include conducting criminal investigations pertaining to Titles 8, 18, 19, 21, 22, 31, and 46 of the United States Code (USC) and the Code of Federal Regulations (CFR). After being hired as a Marine Enforcement Officer in 2002, I received training at the United States Customs Service Academy. In 2007, as a Special Agent, I received further training at the United States Immigration and Customs Enforcement Academy. At both of these academies I was trained in the legal principles and statutes representing criminal, civil, and administrative violations of the USC and the CFR as enumerated in Titles 8, 18, 19, 21, 22, 31, and 46. I have obtained experience from numerous investigations involving firearms smuggling, maritime law, narcotics smuggling, immigration smuggling, and violations of other Customs and Immigration laws.

3. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to arrest ANES JOSEPH, YOB –1977, and KESLIN JOSEPH, YOB – 1983, for knowingly delivering a package or container that contained firearms, to a common or contract carrier, for shipment

1

in foreign commerce, to a person other than a licensed firearms manufacturer, importer, dealer, or collector without written notice to the common or contract carrier that such firearms were being shipped in violation of Title 18 United States Code, Sections 922(e) and 2; and for attempting to export goods, firearms, contrary to law, from the United States in violation of Title 18 United States Code, Sections 554(a) and 2.

### Facts in Support of Probable Cause

4. On or about August 19, 2011, ANES JOSEPH, DOB 1977, contracted with Monarch Shipping Lines ("Monarch") to ship a 1988 Mack dump truck, VIN 1M2N187Y3JW022002, titled in his name to Haiti. Monarch is considered a common and/or contract carrier for hire. As a normal course of business, Monarch required ANES JOSEPH to complete and sign several forms, including, but not limited to, a Dock Receipt # 16847, a Contents List, and an Export Power of Attorney. ANES JOSEPH provided Monarch an Original Certificate of Title for the dump truck and a copy of his Florida Driver's License, J210-000-77-210-0. In summary, the Export Power of Attorney authorized Teeters Agency, agents for Monarch, to act on behalf of ANES JOSEPH to conduct necessary business with U.S. Customs and Border Protection (CBP) to export the dump truck. The Export Power of Attorney was also notarized.

5. ANES JOSEPH did not disclose on the Contents List that he was shipping firearms, firearms parts, and/or ammunition, or that there were firearms, firearms parts, and/or ammunition in his dump truck. Furthermore, neither ANES JOSEPH nor Teeters Agency filed a Shipper's Export Declaration with CBP.

6. On or about August 22, 2011, pursuant to vehicle export laws and regulations contained within Title 19 of the U.S. Code and Title 19 of the Code of Federal Regulations, Teeters Agency presented the following export documents to CBP at the Port of Palm Beach, Florida: Teeters Agency Letter of Intent to export the dump truck, the original Certificate of Title for the dump truck in ANES JOSEPH's name, and the Export Power of Attorney.

7. On or about August 24, 2011, the CBP Anti-Terrorism Contraband Enforcement Team (A-TCET) at the Port of Palm Beach, Florida, identified the dump truck and other vehicles due to be exported and targeted them for an outbound examination, pursuant to Customs border search authority. On August 24, 2011, A-TCET personnel located the dump truck at the Teeters Agency truck lot, located within the Port of Palm Beach, Florida. The Port of Palm Beach is considered a "functional equivalent of the border" (FEB).

8. On August 26, 2011, the CBP A-TCET conducted an outbound examination of the dump truck, VIN 1M2N187Y3JW022002, that was destined to be exported to Haiti. The bed of the dump truck was overfilled with miscellaneous new and used merchandise and goods, including, but not limited to, mattresses, buckets of paint, buckets of raw meat, a sofa bed, several televisions, miscellaneous used furniture pieces, used cabinets, several window mount air conditioning units, a barbeque grill that was missing a wheel, metal shelving units, used truck tires, several gallon sized containers of cleaning solutions, a used child's bicycle, numerous empty buckets, used clothing, large sacks of food, shampoo and various other toiletries. The items were piled approximately four to five feet above the top of the walls of the truck bed. The majority of the merchandise was heavily used and worth little or no value. The dump truck and its payload also reeked of foul odors.

9. As the A-TCET unloaded the payload, most of the items were scanned by an X-ray device operated by a CBP Officer (CBPO). The tail gate of the dump truck was inoperable and had to be opened manually and held open by a fork truck.

10. The A-TCET discovered approximately four blue plastic barrels. The blue barrels were wrapped in plastic wrap. CBPOs ran the barrels through the X-ray device, but when it was unsuccessful in penetrating the contents of the barrels, CBPOs searched the barrels by hand. They discovered numerous bottles of shampoo and other bottles of liquid toiletries inside the barrels. In one of the barrels, CBPOs discovered three (3) empty Glock pistol cases

3

surrounded by the bottles of liquid toiletries. In another blue barrel, CBPOs discovered a plastic "Lou's Police Distributors" bag that contained three (3) empty Glock pistol cases amongst bottles of liquid toiletries. In that same barrel, CBPOs discovered five (5) Glock model 17 pistols, several hundred rounds of assorted ammunition, and several magazines. Each of the items was wrapped in paper towels and plastic wrap and concealed in a wet, brown blanket.

11. CBPOs also discovered a white plastic barrel. Inside, they found used clothing and a second plastic "Lou's Police Distributors" bag that contained three (3) empty Glock pistol cases, and a "Bulldog Vault" safe.

12. CBPOs ran the safe through the X-ray scanner and observed what appeared to be firearms and ammunition. Upon opening the safe, CBPOs discovered two (2) Intratec 9mm model AB-10 pistols, two (2) Glock model 17 pistols, two (2) Glock 26 model 26 pistols, one (1) Beretta model 92FS pistol, approximately 27 rounds of ammunition, and several assorted magazines.

13. In total the following firearms, ammunition and magazines were seized by CBP A-TCET and turned over to Homeland Security Investigations (HSI) Special Agents:

    a. Glock 26, 9mm, SN RTW546
    b. Glock 26, 9mm, SN RTW547
    c. Glock 17, 9mm, SN RXK817
    d. Glock 17, 9mm, SN RXK819
    e. Glock 17, 9mm, SN RXK820
    f. Glock 17, 9mm, SN RXK821
    g. Glock 17, 9mm, SN RUZ130
    h. Glock 17, 9mm, SN RUZ131
    i. Glock 17, 9mm, SN RUZ191

4

 j. Beretta 92FS, 9mm, SN M32571Z

 k. Intratec AB-10, 9mm, SN A003546

 l. Intratec AB-10, 9mm, SN A024198

 m. Four (4) Glock 10 round magazines

 n. 21 Glock 17 round magazines

 o. One (1) Beretta 15 round magazine

 p. One (1) Intratec 36 round magazine

 q. 139 rounds of 9mm ammunition, assorted brands

 r. 75 rounds of .380 cal ammunition, assorted brands

 s. 27 rounds of .40 cal ammunition, Winchester

 t. One (1) round of .38 special ammunition

14. A database search of the seized firearms by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) revealed the following:

 a. On July 23, 2011, ANES JOSEPH purchased three (3) Glock, model 17 pistols from Lou's Police Distributors, in Hialeah, Florida:
  i. Glock GMBH, Model 17, 9mm Pistol, SN: RUZ130, Austria,
  ii. Glock GMBH, Model 17, 9mm Pistol, SN: RUZ131, Austria,
  iii. Glock GMBH, Model 17, 9mm Pistol, SN: RUZ191, Austria.

 b. On August 6, 2011, KESLIN JOSEPH purchased four (4) Glock, model 17 pistols and two (2) Glock, model 26 pistols from Lou's Police Distributors, in Hialeah, Florida:
  i. Glock GMBH, Model 17, 9mm Pistol, SN: RXK817, Austria,
  ii. Glock GMBH, Model 17, 9mm Pistol, SN: RXK819, Austria,
  iii. Glock GMBH, Model 17, 9mm Pistol, SN: RXK820, Austria,
  iv. Glock GMBH, Model 17, 9mm Pistol, SN: RXK821, Austria,
  v. Glock GMBH, Model 26, 9mm Pistol, SN: RTW546, Austria,
  vi. Glock GMBH, Model 26, 9mm Pistol, SN: RTW547, Austria.

15. On September 12, 2011, ANES JOSEPH and KESLIN JOSEPH appeared at the Miami International Airport to board a flight to Haiti. Body armor was discovered in one of KESLIN JOSEPH's checked bags. Prior to take-off, ANES JOSEPH and KESLIN JOSEPH were separately interviewed.

16. In his post-<u>Miranda</u> statement, ANES JOSEPH indicated that: he wrapped the three guns he purchased on July 23, 2011 in plastic and gave them to KESLIN JOSEPH to put on the truck; he planned to give the firearms to his cousins in Haiti who are police officers; and KESLIN JOSEPH bought and paid for the dump truck, but had it titled in the name ANES JOSEPH.

17. During a separate interview, KESLIN JOSEPH admitted post-<u>Miranda</u> that he purchased the dump truck and had it titled in his brother's name: ANES JOSEPH. He admitted to purchasing six firearms in August, but claimed none of them were on the truck for shipment to Haiti. Rather, he told agents one of the firearms was in his home and the other five were at his sister's house. He denied that ANES JOSEPH gave him any firearms to have packed onto the dump truck for delivery to Haiti.

18. Based on your Affiant's knowledge, training, and experience in firearms smuggling investigations, your Affiant believes that (1) ANES JOSEPH and KESLIN JOSEPH intentionally hid firearms, including the Glock pistols they purchased on July 23, 2011, and August 6, 2011, respectively, among tons of roughly used and foul smelling cargo in an attempt to avoid detection by U.S. CBPOs and/or other law enforcement and (2) ANES JOSEPH and KESLIN JOSEPH intentionally failed to disclose to Monarch or Teeters Agency that the cargo included firearms to avoid scrutiny by CBP and/or other law enforcement.

## Conclusion

19. Based on the forgoing, your Affiant believes that probable cause exists to arrest ANES JOSEPH, YOB –1977, and KESLIN JOSEPH, YOB – 1983, for knowingly delivering a package or container that contained firearms, to a common or contract carrier, for shipment in foreign commerce, to a person other than licensed firearms manufacturer, importer, dealer,

or collector without written notice to the common or contract carrier that such firearms were being shipped in violation of Title 18 United States Code, Sections 922(e) and 2; and for attempting to export goods, firearms, contrary to law, from the United States in violation of Title 18 United States Code, Sections 554(a) and 2.

Respectfully submitted,

_____
Anderson Sullivan
Special Agent
United States Homeland Security Investigations

Subscribed and sworn to before me
on September 12, 2011:

_____
ANN E. VITNUAC
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8346-AEV

## BOND RECOMMENDATION

DEFENDANT: ANES JOSEPH and KESLIN JOSEPH

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: BRANDY B. GALLER

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): S/A ANDERSON SULLIVAN
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
HOMELAND SECURITY INVESTIGATIONS,
501 SO. FLAGLER DR., STE 500, WEST PALM BEACH, FL 33401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8346-AEV

UNITED STATES OF AMERICA

vs.

ANES JOSEPH and
KESLIN JOSEPH,

        Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:    /s/ Brandy Galler
        BRANDY BRENTARI GALLER
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501296
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Brandy.Galler@usdoj.gov